Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

MAY 0 7 2025

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

### for the

### Southern District of California

### San Diego Division

MEDVEDSKAIA ELENA

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

U.S. DEPARTMENT OF HOMELAND SECURITY;
IMPERIAL REGIONAL DETENTION FACILITY

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    **'25CV1187 RSH LR**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MEDVEDSKAIA ELENA, A# 244-815-348 |
| Street Address | 1572 GATEWAY RD., IRDF |
| City and County | CALEXICO, USA |
| State and Zip Code | CALIFORNIA 92231 |
| Telephone Number | N/A |
| E-mail Address | N/A |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                        U.S. DEPARTMENT OF HOMELAND SECURITY

Job or Title *(if known)*    N/A

Street Address              2707 MARTIN LUTHER KING JR AVE SE

City and County             WASHINGTON, USA

State and Zip Code          DC 20528-0525

Telephone Number            N/A

E-mail Address *(if known)*  N/A

Defendant No. 2

Name                        IMPERIAL REGIONAL DETENTION FACILITY

Job or Title *(if known)*    N/A

Street Address              1572 GATEWAY RD.

City and County             CALEXICO, USA

State and Zip Code          CA 92231

Telephone Number            N/A

E-mail Address *(if known)*  N/A

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC §§ 1983, 1985(2); 5 USC §§ 701-706

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

At present, the plaintiff cannot determine the amount of damage caused, since the violations continue.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The defendant neglected the medical records describing my health problem and thereby endangered and harmed my health. This situation caused the plaintiff irreparable harm including: mental, physical health, social and family life, trust in the government and significant financial loss. The entire situation is described in the declaration. (see declaration), etc.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff urgently requests a trial by jury and requests that the amount of compensation for physical, psychological, social and financial damages be determined by the jury and judge based the facts and evidence presented.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          04/30/2025

Signature of Plaintiff

Printed Name of Plaintiff     MEDVEDSKAIA ELENA

### B.  **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Уважаемый судья!

Вам пишет заключенный прибывающий иностранец A 244-815-348, Медведская Елена. Я со своим мужем, Медведский Денис, A 244-815-345, пришли на границу 22 ноября 2024года по приглашению от администрации Соединенных Штатов, с действующими паспортами международного образца. Нас, заковав в наручники поместили сначала на бордер, где меня удерживали 15дней. Нам не предъявили никаких обвинений. [Мы сразу, только переступив границу США просили политического убежища. Спустя 18часов у меня взяли интервью под присягой, в результате которого офицер Haris сказал что меня отпустят и мне необходимо будет в Техасе (именно туда мы ехали) обратиться к ICE-офицеру для подачи документов своего иммиграционного дела (форма I-589). Спустя ещё 16 часов другой офицер подал мне не подпись документ о том, что меня задерживают и пока разбирается мой иммиграционное дело я должна находится под стражей.] Не принимая во внимание ни того что мы зашли на территорию США легально ни того, что у нас были действующие документы международного образца. Прежде чем ехать просить политическое убежище, находясь уже за пределами РФ был сделан запрос в посольство США - как мы можем легально прийти на границу для прошения политического убежища и получили ответ: только

по приглашению через программу CBP-1, поэтому мы терпеливо ждали аппойт-мента 9 месяцев, находясь в Мексике.

Начиная с 2020 года я проходила дорогостоящее лечение в одной из передовых клиник в своей стране. На фоне ситуаций которые происходили в моей стране, в моей церкви, в моей семье на фоне постоянного стрессового состояние произошел сбой в иммунной системе. И с 2020 года я ежегодно проходила лечение. В декабре 2023 года мне было назначено строгая диета (см. прил. 1) которую мне необходимо соблюдать всю свою жизнь.

Так как несоблюдение этой диеты приводит к тому, что иммунитет уничтожает хорошие, тщуненнованные клетки моего организма. Все подтверждающие документы я предъявила доктору на границе, а так же не однократно говорила офицерам, что мне нельзя в детеншен, так как мне не смогут предоставить необходимую диету и мое состояние может резко ухудшиться.

С декабря 2023 года я строго соблюдала диету, прописанную врачем, и в совокупности с лечением, и в связи с тем, что покинув территорию РФ уровень стресса в жизни снизился, к сентябрю 2024г. уровень и показатели моего иммунитета пришли в норму. О чем свидетельствуют анализы крови которые я сделала в лаборатории, находясь в Тихуане. (см. прил. №2) Так же доктор изучив мою историю болезни подтвердил

необходимость соблюдения мною этой диеты, о чём он документально подтвердил. (см. прил. №3) Но офицеры не захотели меня слушать и не придали должного внимание проблеме моего здоровье. Меня разделили с мужем и всякий раз, если я смотрела в его сторону на меня кричали и держали в стрессовом состоянии. Находясь на бордере я очень много плакала и переписивала, так как я не понимала что происходит. Разговаривать с мужем мне нельзя, мы зашли не границу легально по приглашению (CBP-1) от администрации США, но мы совсем не понимали что с нами будет. Офицеры ничего не говорили, позвонить не давали ни поручителю, ни адвокату.

Через мучительных 4 дня мужа в наручниках увезли. Ни ему, ни мне не сказали куда его увезли. Связи ни с кем не было. Меня на границе продержали 15 дней. Это были 15 дней нескончаемого стресса. Бордер не предназначен для содержание людей такой долгий период времени. В душ нас водили только ночью на 3 минуты и давали один пакетик мыла (15 мл.) помыть и тело и голову. То есть, если не вдаваться сильно в подробности 15 дней я не мылась и стала вонять в одних и тех же вещах (менять могла только нижнее бельё, но и оно к 10 дню закончилось).

На 15 сутки меня переместили в детеншен. Через незнакомых мне людей, которые переходили границу я узнала в каком детеншене находится мой муж. И слава богу мы оказались в одном детеншене. Но на этом стресс и проблемы не закончились. Попав в детеншен я описала всю проблему моего здоровья и месяц добивалась хотя бы частичной диеты. (см. прил № 4) Диету, которая мне нужна мне так и не предоставили. В связи с чем моё состояние стало ухудшаться с каждым днём. У меня взяли кровь, т.к. не верили, что у меня проблема с уровнем LB-9. И первый анализ уже показал ухудшение показателей крови. (см. прил. № 5) На что врач совсем никак не отреагировал и сказала что у меня всё в порядке. Находясь в тюрьме я подвергена ежедневным стрессовым ситуациям. Ко мне относятся как к преступнику, а я всего лишь беженец человек, который бежал от преследования в своей стране. Пришла просить помощи, а попала в тюрьму, меня разлучили с мужем, я не могу разговаривать по телефону, я его не вижу. А это единственный человек, который мне нужен. Через 3 месяца пребывания в тюрьме я попросила сделать контроль моих показателей крови и показатели

ухудшились еще больше (см. прил. № 6). Сейчас уровень Igg соответствует тому, как он был у меня вначале лечебного процесса. То есть за 3 месяца моего пребывания в тюрьме уничтожили все мои усилия, время, деньги, вложенные в моё здоровье. Лечение иммунной системы - дорогостоящее. На всё лечение я потратила 25 ежемесячных оплат моего труда. А так же время и усилия, которые я приложила к моему лечению.

На данный момент я нахожусь в тюрьме уже шестой месяц. Мы с мужем просили об условно-досрочном освобождении меня из-под стражи. Но получили отказ от ICE-офицеров. (см. прил. № 7) Моё состояние ухудшается и я никак не могу на это повлиять. В тюрьме я полностью бессильна.

Каждый день пребывания здесь, в детеншен, для человека который не совершал никаких преступлений - это стресс. Я музыкант по образованию, педагог, но никак не преступник. Здесь я постоянно болею, потому что сплю не в тёплом жилье, не в тёплом ярусе кровати, под кондиционером. Двухъярусные кровати не оборудованы ни лестницами, ни страховкой с краю, поэтому ложась спать всегда боюсь упасть со второго яруса ночью. А на ногах постоянно синяки, т.к. нет лестницы, по которой можно забраться на 2-ой ярус.

Уважаемый судья, у меня украли

6 месяцев социальной, семейной жизни, разрушили моё здоровье. За что? За то что я пришла легально на границу попросить политического убежище?

Я прошу провести судразбирательство и определить размер компенсации за физический, психологический, социальный и финансовый ущерб, который был причинен мне на основании предоставленных фактов и доказательств.

From: Medvedskaia Elena
A 244-815-348
Imperial Regional Detention Facility
Address: 1572 Gateway Rd.
Calexico, CA 92231

---

CLERK OF THE COURT U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Dear Judge!
This is a letter from visiting foreigner who is a prisoner A244-815-348 Medvedskaia Elena. I came to the border with my husband, A244-815-345 Medvedskii Denis, on November 22, 2024, at the invitation of the US administration, with a valid international passport. We were handcuffed and first placed on the border, where I was held for 15 days. We were not charged with any crime. We immediately, as soon as we crossed the US border, simply political asylum. After 18 hours, I was interviewed under oath as a result of which officer Harris said that I would be released and that I would need to go to Texas (that's where we were going) to contact an ICE-officer to submit documents for my immigration case (Form I-589). After another 16 hours, another officer gave me a document to sign stating that I was being detained and while my immigration case was being processed, I should be in custody. Not taking into account either the fact that we entered the US territory legally, or that we had valid international documents. Before going to ask for political asylum, being already outside the Russian Federation, a request was made to the US Embassy – how can we legally come to the border to ask for political asylum and the answer was received: ONLY by invitation through the CBP-1 program, so we patiently waited for an approval for 9 months, being in Mexico.
Since 2020, I have been undergoing expensive treatment in one of the leading clinic in my country. Against the background of the situations that occurred in my country, in my church, in my family against the background of a constant state of stress, a failure in the immune system occurred. And since 2020, I have been undergoing treatment every year. In December 2023, I was prescribed a strict diet (see Appendix 1) that I must follow for the rest of my life. Since failure to follow this dirt leads to the fact that the immune system destroys good, vital cells in my body. I presented all the supporting documents to the doctor at the border, and also repeatedly told the officers that I can't go to detention, since they will not be able to provide me with the diet I need and my condition may deteriorate sharply. Since December 2023, I have strictly followed the diet prescribed by the doctor, and in combination with treatment, and also due to the fact that after leaving the territory of the Russian Federation the level of stress in life decreased, by September 2024 the level and indicators of my immunity returned to normal. As evidenced by the blood tests that I did in the laboratory while in Tijuana. (see Appendix 2) Also, the doctor having studied my medical history, confirmed the need for me to follow this diet, which he documented. (see Appendix 3) But the officers did not want to listen to me and did not pay due attention to the problem of my health. I was separated from my husband and every time I looked is his direction they shouted at me and kept me in a stressful state. While I was on the border I cried a lot and was worried, because I did not understand what was happening. I am not allowed to talk to my husband, we entered the border legally by invitation (CBP-1) from the US administration, but we do not

Page **1** of **2**

understand at all what will happen to us. The officers did not say anything, they did not allow either the guarantor or the lawyer to call.

After 4 painful days of never, my husband was taken away in handcuffs. Neither he nor I were told where he was taken. There was no communication with anyone. I was kept at the border for 15 days. These were 15 days of endless stress. Border is not designed to hold people for such a long period of time. We were only taken to the shower at night for 3 minutes and given one packet of soap (15 ml) to wash both our bodies and hair. That is, if you don't go into too much detail, I didn't wash for 15 days and began to stink, in the same clothes. (I could only change my underwear, but even that ran out by the 10th day) On the 15th day I was moved to a detention center. Through strangers who were crossing the border, I found out which detention center my husband was in. And thank God we ended up in the same detention center. But the stress and problems didn't end there. Once in the detention center, I described my entire health problem to the doctor and spent a month trying to get at least a partial diet. (see Appendix 4) The diet I needed was never provided. As a result, my condition began to worsen every day. They took blood from me because they didn't believe me that I had a problem with the level of LGg. And the first analysis already showed a deterioration in blood counts. (see Appendix 5) To which the doctor didn't react at all and said that everything was fine with me. Being in prison I'm exposed to daily stressful situations. I'm treated as a criminal, but I'm just a refugee, a person who fled persecution in my country. I came to ask for help, but ended up in prison, I was separated from my husband I can't talk to him on the phone, I don't see him. And he is the only person I need. After 3 months in prison I asked to have my blood counts checked and the indicators got even worse. (see Appendix 6) Now the LGg level corresponds to how it was at the beginning of the treatment process. That is in 3 months of his stay in prison, all my efforts, time, money invested in my health were destroyed. Treatment of the immune system is expensive. I spent 25 monthly payments of my labor on all the treatment. And also the time and effort that I put into my treatment. At the moment I have been in prison for six months. My husband and I asked for early release from custody. But the ICE-OFFICER refused us (see Appendix 7) My condition is getting worse and I can't influence it in and way. I have no rights in prison. Every day spent here in custody is stressful for a person who has not committed any crimes. I'm musician by education, a teacher, but not a criminal. Here I'm constantly sick, because I sleep on the second floor on the second tier of the bed, under the air conditioner. The bunk beds are not equipped with ladders or safety nets along the edge, so when I go to bed, I'm always afraid of falling from the second tier at night. And there are always bruises on, my legs, because there are no ladders to climb to the second tier.

Esteemed Judge, I have been robbed of 6 months of social and family life, my health has been destroyed. For what? For the fact that I came legally to the border to ask for political asylum?

I ask that a trial by jury be held and the amount of compensation determined for the physical, psychological, social and financial damage that was caused to me based on the fact and evidence provided.

Sincerely, Medvedskaia Elena

_____ 4/30/2025

Page **2** of 2

**UNITED STATES POSTAL SERVICE** · pitney bowes

USPS TRACKING #

**PRIORITY MAIL**

9488 8090 0027 645

- Expected delivery
- Domestic shipmen ...s apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH

RECEIVED
MAY 07 2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY



FROM:
Medvedskaia  Elena
A# 244815348
1572 GateWay RD, IRDF
Calexico, USA
California 92231
e-mail: Medvedskaiae@gmail.com

TO:
Clerk of the Court,
U.S. District Court for the
Southern District of California

333 West Broadway,
Suite 420 San Diego,
CA, 92▮

92101

 **UNITED STATES POSTAL SERVICE** ®

 **PRIORITY** ®
**MAIL**

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.